EXHIBIT "1"

**U. S. DEPARTMENT OF EDUCATION**
**SAN FRANCISCO, CALIFORNIA**

**CERTIFICATE OF INDEBTEDNESS #1 OF 1**

KENNETH HAMILTON
AKA: KENNETH D HAMILTON

BELLFLOWER, CA
Account No. XXX-XX-0841

I certify that U.S. Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 08/04/11.

On or about 03/17/87, the borrower executed promissory note(s) to secure loan(s) of $2,500.00 from FIRST IND. TRUST CO., SACRAMENTO, CA. This loan was disbursed for $2,500.00 on 03/30/87 at 8.00 percent interest per annum. The loan obligation was guaranteed by CALIFORNIA STUDENT AID COMMISSION, and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 C.F.R. Part 682). The holder demanded payment according to the terms of the note, and credited $0.00 to the outstanding principal owed on the loan. The borrower defaulted on the obligation on 03/31/89, and the holder filed a claim on the loan guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $2,752.60 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. Pursuant to 34 C.F.R. § 682.410(b)(4), once the guarantor pays on a default claim, the entire amount paid becomes due to the guarantor as principal. The guarantor attempted to collect this debt from the borrower. The guarantor was unable to collect the full amount due, and on 10/11/06, assigned its right and title to the loan to the Department.

Since assignment of the loan, the Department has credited a total of $0.00 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the borrower now owes the United States the following:

| | | |
|---|---|---|
| Principal: | $ | 2,752.60 |
| Interest: | $ | 3,510.43 |
| Total debt as of 08/04/11: | $ | 6,263.03 |

Interest accrues on the principal shown here at the rate of $0.60 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 10/7/11

Loan Analyst
Peter La Roche
Litigation Support
Loan Analyst

AW 3-26

# APPLICATION / PROMISSORY NOTE
## CALIFORNIA GUARANTEED STUDENT LOAN
### California Student Aid Commission, Guarantor

STUDENT APPLICATION — PROMISE TO REPAY

SUBMIT COPIES OF FORM TO SCHOOL FOR PROCESSING. STUDENT RETAINS BLUE COPY.

**WARNING:** This student loan must be repaid. Failure to honor its repayment terms may result in Default. Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties under state and federal codes.

## PART A — COMPLETED BY STUDENT (PRINT OR TYPE ALL ENTRIES)

1. Social Security Number: ___-__-0841
2. Applicant's Last Name: HAMILTON — 3146897
   First Name: KENNETH   MI: D
3. Date of Birth (MO/DA/YR): __/__/65
4. Permanent Home Address: (blank)
5. Home Phone: ___-0665
6. U.S. Citizenship: [X] 1. U.S. Citizen or National
   City: COMPTON   State: CA   Zip Code: ____
7. Address and Phone While Attending School: SAME AS ABOVE
8. State of Permanent Residence: CA   Since: 03/87
9. Driver's License: State CA   Num: _____7046
10. Major Course of Study Code: 5

11. REFERENCE REQUIREMENT — All references must be in the United States and be at different addresses
   A. Parent or Guardian [X]
      Name: HAMILTON, RAY
      City, State, Zip: WESSON, MS
      Phone: ___-5783
   B. Other Parent (must be different than that in part A) / Other Adult Relative [X]
      Name: DIXON, WALTER
      City: LOS ANGELES, CA
      Phone: ___-0892
   C. Other Adult Relative [X]
      Name: HALL, TRANIECE
      City: NEW ORLEANS, LA
      Phone: ___-1802

12. Prior student loan history: NONE
13. Are any loans listed in #12 for any part of the same enrollment period covered by this loan request?
    FISL, GSL? No [X]
    CLAS, PLUS, ALAS? No [X]

14. Requested Loan Amount: $2,500.00 (CGSL)
15. Enrollment Period Covered by This Loan: From 03/87 To 08/87
16. Have you ever DEFAULTED? No [X]
17. Name and City/State of Lender: FIRST IND. TRUST CO., SACRAMENTO, CA

## PROMISSORY NOTE FOR A LOAN GUARANTEED BY THE CALIFORNIA STUDENT AID COMMISSION

PROMISE TO PAY: I, the undersigned student-borrower identified above, PROMISE TO PAY to the order of my lender or to a subsequent holder, all of the LOAN AMOUNT REQUESTED (Item 14 above).

18.A. Two thousand five hundred Dollars   18.B. $2,500.00

19. Signature of Student-Borrower: X Kenneth W. Hamilton
20. Date: 3/17/87

## PART B — COMPLETED BY FINANCIAL AID OFFICER

21. School Code: 010877
22. Name and Address of School: SOUTH BAY COLLEGE, LB; 12515 CHADRON AVENUE; HAWTHORNE, CA 90250   Phone (213) 978-2711
23. Enrollment Status: Fulltime [X]
24. Anticipated Completion Date: 08/87
25. Grade Level: Undergrad, Vocational — 1 [X]
26. Dependency Status: Independent [X]
27. Enrollment period covered by Loan: From 03/17/87 To 08/11/87
28. Family Adjusted Gross Income: $3,200.00
29. Estimated Cost of Attendance of Loan Period: $8,226.00
30. Estimated Financial Aid for Loan Period: $1,800.00
31. Expected Family Contribution: $1,200.00
32. Net Cost: $5,226.00
33. Recommended Disbursement Date(s): 03/17/87
34. Signature of Authorized School Official: X Ella Witzka — ELLA WITZKA, DIRECTOR OF FINANCIAL AID   3-23-87

## PART C — COMPLETED BY LENDER

35. Lender Code/Name: 828374
36. Signature of Authorized Lending Official: X

LENDER COPY

C-GSLP 110-30 REV 7/86

# TERMS OF THE PROMISSORY NOTE

## B. CHARGES AND COSTS

### B.1 INTEREST

I will pay interest on the unpaid principal balance. The applicable interest rate on this loan is figured as follows: If I have an unpaid principal balance on a Guaranteed Student Loan having an applicable interest rate of 7%, 8%, or 9%, the interest rate on this loan will be the same as my other loan(s). If I have no outstanding GSL, my applicable rate of interest on this loan will be 8%.

The Secretary of Education (Secretary) will pay interest that accrues on this loan prior to the repayment period and during any authorized deferment period, if my lender determines that I qualify to have interest paid on my behalf under the regulations governing CSLP. The lender may not attempt to collect interest from me in the event interest is payable by the Secretary. I may, however, choose to pay this interest myself.

The lender may add (capitalize) any accrued interest that is not paid when it is due to the unpaid principal balance of this loan in accordance with regulations of the California Student Aid Commission, the Guarantor.

### B.2 ORIGINATION FEE

I will pay to my lender an origination fee, the amount authorized by federal law, not to exceed 5.5 percent of the loan amount, deducted proportionally from each disbursement. The lender may withhold this fee from the proceeds of the loan. If any loan disbursement check is returned uncashed to the lender, I will be entitled to a refund of any origination fee paid in respect to the disbursement.

### B.3 INSURANCE PREMIUM

I will pay to my lender the amount of the fee the lender is required to pay to the guarantee agency to obtain insurance coverage on this loan. The fee I pay will be used to insure the lender against loss in the event that I default on this loan. If the lender does not withhold this premium from the principal amount of the loan and I have not already paid the premium, I will pay the premium when my lender separately bills me for it.

The insurance premium is deducted proportionally from each disbursement and is equal to three-quarters of one percent (.75%) per annum on the amount of this loan from the anticipated date of disbursement until twelve months after the completion date given by the school on my application for this loan. No part of this fee will be repaid to me unless the total loan is repaid within 60 days after the disbursement date, in which case the total insurance premium will be returned.

### B.4 LATE CHARGES

If permitted by state law, my lender may collect from me a late charge if I fail to make any part of an installment payment within 10 days after it is due unless I provide documentation that I am entitled to have payment deferred as described under DEFERMENT (section L of this note). A late charge may not exceed $5 or 5 percent of an installment payment, whichever amount is less.

### B.5 OTHER COSTS

If I fail to pay any amounts when they are due, I also will pay all charges and other costs — including attorney fees or other collection costs — that are permitted by federal and state law and regulations for collection of these amounts. If referred for collection to an agency that is subject to the Fair Debt Collection Practices Act, I will pay those collection costs which are actually incurred, and can be duly documented, in the collection of this loan.

## C. TERMS OF REPAYMENT

I will repay the principal and accrued interest on this loan in periodic installment payments during the repayment period that will begin no later than the end of my "grace period." My grace period is that period of time which begins when I stop carrying at least one half the normal full-time work load at a school that is participating in the GSLP. The Disclosure Statement given to me when I receive my loan check will identify the length of my grace period. Repayment generally lasts at least 5 but not more than 10 years after the beginning of the repayment period, but in no event will the repayment period extend to a date more than 15 years from the date I sign this note. However, the following exceptions to these rules apply:

1. During the grace period the lender and I may agree to a repayment period that begins sooner than the end of my grace period or is shorter than the 5- and 10-year periods stated above. If I request and obtain a repayment period of less than 5 years, I may at any time prior to total repayment of the loan have the repayment period extended so that the total repayment period is at least 5 years.

2. During any year of the repayment period, the lender must ensure that I pay at least $600 (or the unpaid balance, whichever is less) in combined principal and interest owing to all holders of my GSLP/CLAS/PLUS loans. All rights, title and interest in this promissory note may be applied to a combined family repayment requirement may be applied to a combined family repayment if I request it in writing.

3. Any period described under which the lender has granted a forbearance of payment or any period for which the 5-, 10-, and 15-year periods mentioned by the execution of this not determining the

## D. ACCELERATION AND DEFAULT

If I default on this loan, the lender may declare the entire unpaid amount of the loan, including accrued interest, immediately due and payable. If I default, the California Student Aid Commission may purchase this loan from my lender. The Commission can take this note, from which time the outstanding principal and interest will be paid to the Commission and I will lose the right to deferment.

If I fail to make payment when due, or if any of the following events occur below within ten (10) days of occurrence, any of the following could be considered a default:

* in certain circumstances, my failure to notify the lender of changes of my address, school enrollment, attendance status, or name.
* making any false representations to obtain this loan.
* using the loan proceeds for other than educational purposes.

If my loan was made on or after January 1, 1986 and I default on this loan, the interest rate chargeable to me increases to ten percent (10%) per annum or the maximum allowable under state law.

## E. CREDIT BUREAU NOTIFICATION

Federal law and state policy require the lender to report information about the status of this loan to a credit reporting agency. If I default on this loan, the guarantor may report the default to a credit bureau, which could adversely affect my credit rating. The lender must provide information on the repayment status of this loan to any credit bureau organization upon my written request.

## F. BANKRUPTCY

In the event that bankruptcy proceedings are commenced by or against me, I agree to notify the California Student Aid Commission of such occurrence in writing within 20 days of the filing of a petition. (Mail notice to: Bankruptcy Unit, California Student Aid Commission, Educational Loan Programs Office, 1410 Fifth Street, Sacramento, CA 94245-0001)

## G. PREPAYMENT

I may, at my option and without penalty, prepay all or any part of the principal or accrued interest of this loan at any time. If I do so, I will be entitled to a rebate of any unearned interest that I have paid.

## H. CONSOLIDATION/REFINANCING

Consolidation or refinancing options may be available for GSLP and other educational loan programs. For further information, contact your lender or the California Student Aid Commission, Educational Loan Programs Office, 1410 Fifth Street, Sacramento, CA 94245-0001.

## I. REPAYMENT BY DEPARTMENT OF DEFENSE

Under certain circumstances, military personnel may have their loans repaid by the Secretary of Defense, in accordance with Section 902 of the Department of Defense Authorization Act 1981 (P.L. 980342 10 U.S.C. 2141, note). Questions should be addressed to: Commander, Military Personnel Center, DAPC-PLP, Alexandria, Virginia 22332.

## J. REPAYMENT BY THE STATE OF CALIFORNIA

Under certain conditions the Assumption Program for Loans for Education (APLE), administered by the California Student Aid Commission, may assume (repay) portions of my loan in exchange for teaching service in designated critical shortage subject areas. Contact: APLE Coordinator, California Student Aid Commission, 1410 Fifth Street, Sacramento, CA 94245-0001.

## K. YEARLY AND CUMULATIVE MAXIMUM LOAN AMOUNTS:

| Category of Borrower | CGSL Annual Loan Limit | Cumulative Loan Limit |
|---|---|---|
| Undergraduate and Vocational | $2,500* | $12,500 |
| Graduate or Professional | $5,000 | $25,000** |

* includes CLAS/ALAS loans for independent undergraduates
** includes undergraduate loans

**NOTE:** These maximums apply to the entire Guaranteed Student Loan program nationwide. Borrowers with other guaranteed loans must list all other loans on the application/promissory note (item 13).

## L. DEFERMENT OF REPAYMENT

Under certain conditions, the payments that I am required to make under Section C of this Note may be deferred. Payments of principal and interest will be deferred after the repayment period begins as listed below, provided I request and receive written approval for the deferment. I must provide my lender with written evidence of my eligibility and I must notify the lender as soon as the condition for the deferment no longer exists.

1. While I am enrolled in
   A. Full-time study at a school that is participating in the GSLP (however, only citizens or nationals may attend schools outside of the U.S.)
   B. Full-time study at an institution of higher education or a vocational school that is operated by an agency of the Federal Government (e.g., the service academies),
   C. A graduate fellowship program approved by the Secretary of Education, or
   D. A rehabilitation training program for disabled individuals approved by the Secretary of Education

2. For periods not exceeding 3 years for each of the following while I am —
   A. On active duty in the Armed Forces of the United States or serving as an officer in the Commissioned Corps of the United States Public Health Service,
   B. Serving as a Peace Corps Volunteer,
   C. Serving as a full-time volunteer under Title I of the Domestic Volunteer Service Act of 1973 (ACTION programs) (e.g., VISTA)
   D. Serving as a full-time volunteer for an organization exempt from Federal income taxation under Section 501 (c)(3) of the Internal Revenue Code of 1954, while performing service which is comparable to services performed in the Peace Corps or ACTION programs, or
   E. Temporarily totally disabled as established by an affidavit of a qualified physician, or unable to secure employment because I am providing care required by my spouse who is temporarily totally disabled as established by an affidavit of a qualified physician

3. For a period not exceeding 2 years while I am serving in an internship that is required for me to gain professional recognition required to begin professional practice or service

4. For a single period not exceeding one year while I am conscientiously seeking but unable to find full-time employment in the United States

## M. MODIFICATION OF REPAYMENT TERMS

If I am unable to repay this loan in accordance with Terms of Repayment (Section C of this note), I may request the lender to modify these terms. The lender may, but is not required to, allow any of the following types of FORBEARANCE

1. A short period of time during which payments are waived
2. A reasonable extension of time for making payments
3. Making smaller payments than were originally scheduled

I understand that I will remain responsible for payment of interest during this period which the lender may (a) collect from me on a periodic basis or (b) accrue and add (capitalize) to the principal balance of the loan

## BORROWER'S CERTIFICATION STATEMENT:

I declare and certify under penalty of perjury under the laws of the United States that Part A (Student Section) of the application/promissory note is true, complete and correct to the best of my knowledge and belief. I further certify that if I am due a refund from the institution or if my loan is cancelled in part or in full, I authorize the lender any refund or portion of refund to any person or entity holding this loan that may be due to me. I authorize any party holding this loan, its subsequent holder, guarantee agency, U.S. Department of Education, or their agents to obtain information pertinent to this loan (e.g., employment, enrollment status, current address, and status of the loan account)

I certify the proceeds of this loan will be used for educational purposes for the enrollment period certified by the school certifying Part B. I understand that I must immediately repay any funds disbursed or credited to my student account plus any accrued interest on such funds received in excess of the cost of attendance. I understand that I must promptly repay any funds which cannot reasonably be attributed to meeting my educational expenses during the loan period certified by my school on the application

I certify that the total amount of loans received under the Guaranteed Student Loan Program (Title IV, Part B (PL 89-329), as amended) will not exceed the allowable maximums (Section K of this note). I further certify that I do not now owe a refund on any federal or state grant program, and am not now in default on any educational loan at any educational institution. I authorize my lender to issue a check covering the proceeds on my loan, in full or multiple disbursements, to be sent to my school and made payable to me or jointly payable at my lender's option to me and the school which has certified this application. I authorize the lending institution to perform a credit examination upon me if required by that lender in order to originate my loan. I further authorize my lender, subsequent holder, guarantor or agent to contact me at my known address and/or telephone to inform/remind me of the amount I owe. I have read and understood the "Statement of Rights and Responsibilities" supplied with this application/note

## SCHOOL CERTIFICATION STATEMENT:

I hereby certify that the student borrower is accepted for enrollment, or is enrolled as at least a half-time student and is making satisfactory progress in a program determined to be eligible for the GSLP. I certify that, based upon records available at this institution, this student is neither in default nor owes a refund with respect to previously received federal/state student financial assistance. I also certify that I have determined the applicant's eligibility or lack of eligibility for PELL Grant and it has been considered in determining this applicant's GSL eligibility. The information provided in Part B (School Section) is true, complete and correct to the best of my knowledge and belief